Beth E. Terrell, CSB #178181
Email:  bterrell@tmdwlaw.com
Michael D. Daudt, CSB #161575
Email:  mdaudt@tmdwlaw.com
Mary B. Reiten, CSB #203412
Email:  mreiten@tmdwlaw.com
Whitney B. Stark, CSB #234863
Email:  wstark@tmdwlaw.com
TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHAR LUSHE and WILLIAM YOUNGBLOOD, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>VERENGO, INC. d/b/a VERENGO SOLAR,<br><br>       Defendant. | NO. 2:13-cv-7632 ABC RZx<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT'S REQUEST TO STRIKE PLAINTIFFS' RESPONSE TO DEFENDANT'S EVIDENTIARY OBJECTIONS**<br><br>HON. AUDREY B. COLLINS<br><br>Complaint Filed:  October 16, 2013 |

Plaintiffs respectfully request that this Court deny Defendant's request to strike Plaintiffs' Response to Defendant's Evidentiary Objections to Evidence

PLAINTIFFS' RESPONSE TO DEFENDANT'S REQUEST
TO STRIKE PLAINTIFFS' RESPONSE TO DEFENDANT'S
EVIDENTIARY OBJECTIONS - 1
CASE NO. 2:13-cv-7632 ABC RZx
424137

**TERRELL MARSHALL DAUDT & WILLIE  PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

Submitted by Plaintiffs in Support of Opposition to Defendant's Motion for Summary Judgment ("Plaintiffs' Response").  *See* Dkt. #65.

Local Rule 7-10 provides that an opposing party shall not file a response to a <u>reply</u>.  Plaintiffs' Response did not respond to Defendant's reply but responded only to Defendant's evidentiary objections.  *See* Dkt. #55-2.  Although filed at the same time as Defendant's reply brief, Defendant's evidentiary objections raised unique evidentiary issues to which Plaintiffs had no previous opportunity to respond.  To the extent that the Court grants Defendant's motion, Plaintiffs seek leave to address Defendant's evidentiary objections verbally at the hearing.

RESPECTFULLY SUBMITTED AND DATED this 22nd day of July, 2014.

TERRELL MARSHALL DAUDT
& WILLIE PLLC


By:  /s/ Whitney B. Stark, CSB #234863
     Beth E. Terrell, CSB #178181
     Email:  bterrell@tmdwlaw.com
     Michael D. Daudt, CSB #161575
     Email:  mdaudt@tmdwlaw.com
     Mary B. Reiten, CSB #203142
     Email:  mreiten@tmdwlaw.com
     Whitney B. Stark, CSB #234863
     Email:  wstark@tmdwlaw.com
     936 North 34th Street, Suite 300
     Seattle, Washington 98103
     Telephone:  (206) 816-6603
     Facsimile: (206) 350-3528

*Attorneys for Plaintiffs and the Proposed Class*

PLAINTIFFS' RESPONSE TO DEFENDANT'S REQUEST
TO STRIKE PLAINTIFFS' RESPONSE TO DEFENDANT'S
EVIDENTIARY OBJECTIONS - 2
CASE NO. 2:13-cv-7632 ABC RZx
424137

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

# CERTIFICATE OF SERVICE

I, Whitney B. Stark, hereby certify that on July 22, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Joshua M. Briones, CSB #205293
> Email: jbriones@blankrome.com
> Ana Tagvoryan, CSB #246536
> Email: atagvoryan@blankrome.com
> BLANK ROME LLP
> 2029 Century Park East, 6th Floor
> Los Angeles, California 90067
> Telephone: (424) 239-3400
> Facsimile: (424) 239-3434

*Attorneys for Defendant*

DATED this 22nd day of July, 2014.

> TERRELL MARSHALL DAUDT
> & WILLIE PLLC
>
> By: /s/ Whitney B. Stark, CSB #234863
> Whitney B. Stark, CSB #234863
> Email: wstark@tmdwlaw.com
> 936 North 34th Street, Suite 300
> Seattle, Washington 98103-8869
> Telephone: (206) 816-6603
> Facsimile: (206) 350-3528

*Attorneys for Plaintiffs and the Proposed Class*

PLAINTIFFS' RESPONSE TO DEFENDANT'S REQUEST
TO STRIKE PLAINTIFFS' RESPONSE TO DEFENDANT'S
EVIDENTIARY OBJECTIONS - 3
CASE NO. 2:13-cv-7632 ABC RZx
424137

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com