UNITED STATES DISTRICT COURT          JS-5
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 13-07632 AB (RZ) | Date | March 13, 2015 |
|---|---|---|---|

| Title: | *Shahar Lushe v. Verengo Inc.* |
|---|---|

Present: The Honorable    ANDRÉ BIROTTE JR.

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**          **[In Chambers] Order Re: Order Dismissing Civil Action (Dkt. No. 116)**

On March 9, 2015, a mediation report filed with the Court stated that the Parties reached a settlement.   (Dkt. No. 115.)   On March 11, 2015, the Court dismissed this action in light of the mediation report.   (Dkt. No. 116.)   Subsequently, Plaintiff's counsel informed the Court that the Parties reached a class settlement.[1]

Federal Rule of Civil Procedure ("Rule") 23(e) states that "[t]he claims, issues, or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the court's approval."   Fed.R.Civ.P. 23(e).   "Review of a proposed settlement generally proceeds in two stages, a hearing on preliminary approval followed by a final fairness hearing."   *Sandoval v. Tharaldson Employee Management*, No. EDCV 08-00482-VAP (OPx), at *2 (C.D. Cal. 2009) (citation).

Here, because this is a class settlement that will affect absent class members, certain procedural steps need to be taken under Rule 23(e) in order to finalize the settlement.

---

[1] The mediation report did not state whether the Parties reached an individual settlement or a class settlement.   (Dkt. No. 115.)

Pursuant to Rule 60(a), the Court hereby vacates the Court's dismissal order, (Dkt. No. 116), and reopens the case in order for the Parties to proceed with class settlement.

Plaintiff's counsel has also informed the Court that the Parties would be moving for preliminary approval in late spring.   The Parties are **ORDERED** to file a Motion for Preliminary Approval of the Class Settlement on or before June 1, 2015.

All dates, (Dkt. No. 86), are hereby vacated pending the filing of the Motion for Preliminary Approval of the Class Settlement.

**IT IS SO ORDERED.**