Gretchen M. Nelson, CSB #112566
Email:  gnelson@kreindler.com
KREINDLER & KREINDLER
707 Wilshire Boulevard, Suite 3600
Los Angeles, California 90017
Telephone:  (213) 622-6469
Facsimile:  (213) 622-6019

[Additional counsel appearing on signature page]

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHAR LUSHE and WILLIAM YOUNGBLOOD, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>VERENGO, INC. d/b/a VERENGO SOLAR,<br><br>           Defendant. | NO. 2:13-cv-07632 AB RZx<br><br>**NOTICE OF MOTION AS TO PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR CERTIFICATION OF SETTLEMENT CLASS**<br><br>HON. ANDRÉ BIROTTE JR.<br><br>Complaint Filed:  October 16, 2013<br><br>DATE:       December 28, 2015<br>TIME:        10:00 a.m.<br>COURTROOM:  4 Spring Street<br>                            Second Floor |

NOTICE OF MOTION AS TO PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR
CERTIFICATION OF SETTLMENT CLASS- 1
CASE NO. 2:13-cv-7632 AB RZx
491137

TO:   ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Monday, December 28, 2015, at 10:00 a.m., or as soon thereafter as can be heard, Plaintiffs Shahar Lushe and William Youngblood, will and hereby do move this Court for Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and for Certification of Settlement Class.  This motion is made pursuant to the Court's August 27, 2015 Order Extending Time to File Motion for Preliminary Approval of the Class Settlement.  *See* Dkt. No. 123.

This Motion is based upon this Notice of Motion, Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and for Certification of Settlement Class, Declaration of Beth E. Terrell in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and for Certification of Settlement Class.

Conditioned upon the consent of the Court, counsel hereby advise the Court they have agreed to waive oral argument.

RESPECTFULLY SUBMITTED AND DATED this 30th day of November, 2015.

TERRELL MARSHALL LAW GROUP PLLC

By:  /s/ Beth E. Terrell, CSB #178181
   Beth E. Terrell, CSB #178181
   Email:  bterrell@terrellmarshall.com
   Mary B. Reiten, CSB #203142
   Email:  mreiten@terrellmarshall.com
   Adrienne D. McEntee, *Admitted Pro Hac Vice*
   Email:  amcentee@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington 98103
   Telephone:  (206) 816-6603

PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR CERTIFICATION OF SETTLEMENT CLASS
PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR CERTIFICATION OF SETTLMENT CLASS- 2
CASE NO. 2:13-cv-7632 AB RZx
491137

|   |   |
|---|---|
| 1 | Gretchen M. Nelson, CSB #112566 |
| 2 | Email:  gnelson@kreindler.com |
| 3 | KREINDLER & KREINDLER |
| 4 | 707 Wilshire Boulevard, Suite 3600 |
|   | Los Angeles, California 90017 |
| 5 | Telephone:  (213) 622-6469 |
| 6 | *Attorneys for Plaintiffs and the Proposed Class* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR CERTIFICATION OF SETTLEMENT CLASS
PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR CERTIFICATION OF SETTLMENT CLASS- 3
CASE NO. 2:13-cv-7632 AB RZx
491137

# CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on November 30, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Joshua M. Briones, CSB #205293
> Email: jbriones@blankrome.com
> Ana Tagvoryan, CSB #246536
> Email: atagvoryan@blankrome.com
> Esteban Morales, CSB #273948
> Email: emorales@blankrome.com
> Shona Brockway
> Email: sbrockway@blankrome.com
> BLANK ROME LLP
> 2029 Century Park East, 6th Floor
> Los Angeles, California 90067
> Telephone: (424) 239-3400
> Facsimile: (424) 239-3434
>
> *Attorneys for Defendant*

DATED this 30th day of November, 2015.

> TERRELL MARSHALL LAW GROUP PLLC
>
> By: /s/ Beth E. Terrell, WSBA #178181
> Beth E. Terrell, WSBA #178181
> Email: bterrell@terrellmarshall.com
> 936 North 34th Street, Suite 300
> Seattle, Washington 98103-8869
> Telephone: (206) 816-6603
> Facsimile: (206) 319-5450
>
> *Attorneys for Plaintiffs and the Proposed Class*

PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR CERTIFICATION OF SETTLEMENT CLASS
PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR CERTIFICATION OF SETTLMENT CLASS- 4
CASE NO. 2:13-cv-7632 AB RZx

491137