| | |
|---|---|
| 1 | Gretchen M. Nelson, CSB #112566 |
| 2 | Email: gnelson@kreindler.com<br>KREINDLER & KREINDLER |
| 3 | 707 Wilshire Boulevard, Suite 3600<br>Los Angeles, California 90017 |
| 4 | [Additional counsel appearing on signature page] |
| 5 | *Attorneys for Plaintiffs and the Proposed Class* |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHAR LUSHE and WILLIAM YOUNGBLOOD, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VERENGO, INC. d/b/a VERENGO SOLAR,<br><br>　　　　　Defendant. | NO. CV13−07632 AB (PJWx)<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR CERTIFICATION OF SETTLEMENT CLASS**<br><br>HON. ANDRÉ BIROTTE JR.<br><br>Complaint Filed: October 16, 2013<br><br>DATE:　　December 28, 2015<br>TIME:　　10 a.m.<br>COURTROOM: 4 Spring Street<br>　　　　　　　Second Floor |

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR
LEAVE TO FILE OVERLENGTH MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
AND FOR CERTIFICATION OF SETTLEMENT CLASS - 1
CASE NO. CV13−07632 AB (PJWx)

Verengo-Motion for Overlength Brief-Proposed Order.doc

1  THIS MATTER came before the undersigned on Plaintiffs' Motion for Leave to File Overlength Memorandum of Points and Authorities in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and for Certification of Settlement Class. Prior to ruling, the Court considered the following documents and evidence:

1. Plaintiffs' Notice and Unopposed Motion for Leave to File Overlength Memorandum of Points and Authorities in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and for Certification of Settlement Class.

After consideration of the Motion, and for GOOD CAUSE SHOWN, the Court hereby GRANTS Plaintiffs' Motion.

IT IS SO ORDERED.

Dated this 9th day of December, 2015.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR CERTIFICATION OF SETTLEMENT CLASS - 2
CASE NO. CV13−07632 AB (PJWx)
Verengo-Motion for Overlength Brief-Proposed Order.doc